IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 12 AM 11:22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

v.                                          CR. NO. 04-20392-03-Ma

SHIRLEY LEWIS,

    Defendant.

## ORDER TO SURRENDER

The defendant, Shirley Lewis, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **Federal Correctional Institution Lexington, Satellite Camp, 3301 Leestown Road, Lexington, Kentucky 40511,** no later than **2:00 p.m., Tuesday, May 31, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 11th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-17-05

81

(04-20392-03-Ma)

## ACKNOWLEDGMENT

I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.

Signed and acknowledged before me on _____

_____     _____
Clerk/Deputy Clerk                 Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:04-CR-20392 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT